UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN F. OLGUIN-HERNANDEZ,<br><br>               Petitioner,<br><br>    v.<br><br>WARDEN, FCI-MENDOTA,<br><br>               Respondent. | Case No.: 1:23-cv-01088-SKO (HC)<br><br>ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR EXTENSION OF TIME<br><br>[Doc. 8]<br><br>[DEADLINE: October 24, 2023] |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On September 19, 2023, Respondent filed a first request for extension of time to file a response. (Doc. 8.) Good cause having been presented and good cause appearing therefor, Respondent is GRANTED an extension of time to and including October 24, 2023, to file a response.

IT IS SO ORDERED.

Dated:   **September 20, 2023**             /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE