PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN OLGUIN-HERNANDEZ,<br><br>      Petitioner,<br><br>  v.<br><br>WARDEN, FCI-MENDOTA,<br><br>      Respondent. | CASE NO. 1:23-CV-01088-SKO<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

   Pursuant to Local Rule 141(b) and based on the representations contained in the Respondent's Request to Seal, IT IS HEREBY ORDERED that the Respondent's Exhibit 1 to its Notice of Filing Removal order, pertaining to Olguin-Hernandez, and the Respondent's Request to Seal shall be SEALED until further order of this Court.

   It is further ordered that electronic access to the sealed documents shall be limited to the Respondent and counsel for the Petitioner.

   The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Respondent's Request, sealing the Respondent's Request and Exhibit 1 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Respondent would be harmed. In light of the public filing of its Notice to Seal, the Court further finds

that there are no additional alternatives to sealing the Respondent's Request and Exhibit 1 that would adequately protect the compelling interests identified by the Government.

IT IS SO ORDERED.

Dated:    **January 26, 2024**              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE