UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN F. OLGUIN-HERNANDEZ,<br><br>              Petitioner,<br><br>       v.<br><br>WARDEN, F.C.I. MENDOTA,<br><br>              Respondent. | No.  1:23-cv-01088-JLT-SKO (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR SERVICE OF RESPONDENT'S SEALED EXHIBIT AND DIRECTING RESPONDENT TO SERVE DOCUMENTS ON PETITIONER<br><br>[Doc. 19]<br><br>[14-DAY DEADLINE] |

Petitioner is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 26, 2024, Respondent submitted a copy of Petitioner's Final Order of Removal to the Court along with a request that the document be sealed. (Doc. 13, 14.) On January 26, 2024, the Court granted Respondent's motion to seal. (Doc. 16.) On February 8, 2024, Petitioner filed a request for service of the sealed document. (Doc. 19.) Petitioner states he was never served a copy of the Final Order of Removal. Local Rule 141(b) provides that "[e]xcept in matters in which it is clearly appropriate not to serve ... [sealed] documents upon the parties, ... all Requests, proposed orders, and submitted documents shall be served on all parties...." Thus, Respondent is directed to serve a copy of the Final Order of Removal on

/////

1

Petitioner within fourteen (14) days of the date of service of this order, or show cause why said documents should not be served.

IT IS SO ORDERED.

Dated:     **February 23, 2024**                    /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE